**Gregory A. RICHARDSON, Plaintiff–Appellant,**

v.

**Sergeant LOVE; E.S. Willis; Counselor Parmelee, Defendants–Appellees.**

**No. 01–7998.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Gregory A. Richardson, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory A. Richardson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson v. Love,* No. CA–01–385–3 (E.D.Va. Nov. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*